TIMOTHY D. KOEHL

VERSUS

RLI INSURANCE COMPANY, GEICO
GENERAL INSURANCE COMPANY,
PACKARD TRUCK LINES, L.L.C., AND
ROBERT T. SALASSI

NO. 22-CA-370

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

June 29, 2023

Linda Wiseman

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and Robert A. Chaisson

### DENIED WITHOUT REASONS

**MEJ**
**FHW**
**RAC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/29/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 22-CA-370

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (District Judge)
Darla L. D'Amico (Appellant)        Matthew D. Moghis (Appellee)        Michael S. Futrell (Appellee)
William Peter Connick (Appellee)     Sarah Smith (Appellee)

### MAILED

Aaron E. Koenck (Appellee)
Attorney at Law
24 Greenway Plaza
Suite 1400
Houston, TX 77046

Rachel Chance Kramar (Appellee)
Attorney at Law
400 Poydras Street
Suite 1300
New Orleans, LA 70130

Lam Lauren A. (Appellant)
Attorney At Law
5 Sanctuary Boulevard
Mandeville, LA 70471

Michael J. Almerico (Appellant)
Attorney at Law
501 Clearview Parkway
Metairie, LA 70001

Jessica Z. Barger  (Appellee)
Michael Adams-Hurta  (Appellee)
Wright, Close & Barge, LLP
One Riverway
Suite 2200
Houston, TX 77056